Leslie J. Hughes
Jodanna Haskins
Attorneys for Plaintiff
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1000
HughesLJ@sec.gov
HaskinsJ@sec.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 1:23-cv-00371-CCC |
| Plaintiff, | ) ) ) | Judge Christopher C. Conner |
| v. | ) ) | |
| KEVIN JOHN KANE, and SEAN MICHAEL KANE, | ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Leslie J. Hughes, counsel for Plaintiff Securities and Exchange Commission ("SEC"), respectfully requests to withdraw from representing the SEC in this action pursuant to LR 83.15. The SEC remains represented by Jodanna Haskins. [ECF No. 23.]

Ms. Hughes requests to withdraw as counsel because she is ending her employment with the SEC effective September 29, 2023.

Ms. Hughes respectfully requests that the Court grant her motion to withdraw as counsel for the SEC.

Dated: September 25, 2023.   Respectfully submitted,

*/s/ Leslie J. Hughes*
Leslie J. Hughes (CO Bar No. 15043)
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
Email: HughesLJ@sec.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed via the CM/ECF on September 25, 2023, and served upon the parties through counsel at the following email address:

Denis C. Dice, Esq.
WINGET, SPADAFORA & SCHWARTZBERG LLP
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102
Dice.D@wssllp.com

*Attorney for Defendants*

/s/ Leslie J. Hughes

Leslie J. Hughes