UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 1:23-cv-00371-CCC |
| Plaintiff, | ) ) ) ) | Judge Christopher C. Conner |
| v. | ) ) | |
| KEVIN JOHN KANE, and SEAN MICHAEL KANE, | ) ) ) | |
| Defendants. | ) | |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>**

**THIS MATTER** is before the Court on the motion of Leslie J. Hughes to withdraw as counsel for Plaintiff Securities and Exchange Commission ("SEC") [Doc. 24]. As grounds for the motion, counsel represents that Ms. Hughes will end her employment with the SEC effective on September 29, 2023, and the SEC will continue to be represented by Jodanna Haskins. Therefore,

**IT IS ORDERED** that Leslie J. Hughes is granted leave to withdraw as counsel for the SEC.

Dated:

_____
UNITED STATES DISTRICT JUDGE