# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00371 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| KEVIN JOHN KANE, and | ) | |
| SEAN MICHAEL KANE | ) | |
| | ) | |
| Defendant | ) | |

## **ORDER**

AND NOW THIS _____ day of _____, _____ it is HEREBY ORDERED AND DECREED that counsel for Defendants Motion for Leave to Withdraw as counsel for Defendants is GRANTED.

_____ J.

Hon. Christopher Conner