**CERTIFICATE OF CONCURRENCE**

Plaintiff does not oppose counsel's Motion for Leave to Withdraw as counsel for Defendants.

                                              **WINGET, SPADAFORA & SCHWARTZBERG LLP**

By:   /s/ Denis Dice
        DENIS C. DICE, ESQUIRE
        1528 Walnut Street, Suite 1502
        Philadelphia, PA 19102
        Phone: (215) 433-1500
        Fax: (215) 433-1501
        Dice.D@wssllp.com
        Attorney for Defendants

Dated: March 11, 2024