# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION NO. 1:23-cv-00371-CCC** |
| Plaintiff, | : | (Judge Conner) |
| v. | : | |
| **KEVIN JOHN KANE,** *et al.*, | : | |
| Defendants. | : | |

## *UNOPPOSED* MOTION FOR ENTRY OF CONSENT JUDGMENT AS TO DEFENDANT SEAN KANE

Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests that the Court enter the Proposed Final Judgment, filed contemporaneously herewith, as to Defendant Sean Kane. If accepted and entered by the Court, the Proposed Final Judgment would resolve the SEC's case against Mr. Kane in its entirety. As reflected in Exhibit 1 hereto, Mr. Kane has consented to the entry of the Proposed Final Judgment.

WHEREFORE, for the foregoing reasons, the SEC respectfully requests that the Court approve and enter the Proposed Final Judgment.

Dated: October 28, 2024.

Respectfully submitted,

*/s/ Jodanna L. Haskins*
Jodanna L. Haskins (Colo. Bar No. 41285)
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
Telephone: (303) 844-1114
Email: HaskinsJo@sec.gov
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing ***UNOPPOSED* MOTION FOR ENTRY OF CONSENT JUDGMENT AS TO DEFENDANT SEAN KANE** via the CM/ECF on October 28, 2024, electronically mailed to the parties at the following email address and sent by UPS postage prepaid:

Denis C. Dice, Esq.
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102
Dice.D@wssllp.com

                                              */s/ Jodanna L. Haskins*