

**DIVISION OF ENFORCEMENT**

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
WASHINGTON, D.C. 20549-5631

LUCINDA KIMMONS
ASSISTANT CHIEF LITIGATION COUNSEL
MAIL STOP 5631
DIRECT DIAL: (202) 551-3024
FACSIMILE: (703) 813-9366

March 21, 2025

Sylvia H. Rambo
United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

    RE: The case of <u>SEC v. Kevin John Kane and Sean Michael Kane.,</u>
    <u>Civil Action No.: 1:23-cv-00371-CCC</u>

Dear Clerk of Court,

    We respectfully request the enclosed AO451 is registered in the United States District Court for the Middle District of Pennsylvania, in order to proceed with the SEC's collection action. A copy of the Final Judgments is also enclosed.

    I have provided a self-addressed pre-paid UPS envelope for return of the certified copy.

    If you have any questions, please contact me at the number listed above.

                      Thank you,

                      s/LuCinda Kimmons

                      LuCinda Kimmons
                      Paralegal

FILED
HARRISBURG, PA

MAR 24 2025

PER _____
DEPUTY CLERK